IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| LIBRADO GONZALES | * |
|     Petitioner | * |
| v. | * |
| | *    CA-3:04-CV-1784-H |
| DOUGLAS DRETKE, DIRECTOR, TEXAS | * |
| DEPARTMENT OF CRIMINAL JUSTICE | * |
|     Respondent | * |

**ORDER**

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed January 27, 2006, and Petitioner's Objections thereto, filed March 1, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: March _____3rd_____, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS